UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02632-KK-DSR Date: September 9, 2026

Title NGWU ONYEKACHI KINGSLEY V. TODD LYONS, ET AL.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY FINAL JUDGMENT SHOULD NOT BE ENTERED ON TERMS OF PRELIMINARY INJUNCTION**

Petitioner filed both a Petition for Writ of Habeas Corpus and an Ex Parte Application for Temporary Restraining Order in this case on May 15, 2026. See Doc. Nos. 1, 2. On its own Motion, the Court (by Judge Kato) converted Petitioner's Ex Parte Application into a Motion for Preliminary Injunction. See Doc. No. 8. On May 22, 2026, the Court granted Petitioner's Motion for Preliminary Injunction and ordered Petitioner to be released forthwith. See Doc. No. 12. That Order further required the parties to "file a stipulated order and judgment granting the Petition on the same grounds and under the same terms as [that] Order, with all appellate rights reserved," and if for any reason they could not comply with that instruction, to "file a joint status report no later than seven (7) days from [that] date of this Order explaining why." Id.

On May 29, 2026, Respondents filed a Status Report in which they confirmed Petitioner was released from immigration custody on May 22, 2026. See Doc. No. 14. The parties never filed, however, either the Stipulated Order and Judgment or a Joint Status Report explaining why they could not file such a Stipulated Order and Judgment.

A status conference in the above-referenced matter is hereby set for **September 21, 2026, at 9:00 a.m**. in Courtroom 690 of the Roybal Federal Building and Courthouse. The parties are ordered to appear in person at the status conference and show cause (1) why the preliminary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02632-KK-DSR Date: September 9, 2026

Title NGWU ONYEKACHI KINGSLEY V. TODD LYONS, ET AL.

relief entered by the Court on May 22nd should not be converted immediately to a final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief, see 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); cf. Fed. R. Civ. P. 65(a)(2), and (2) why they failed to comply with Judge Kato's earlier Order either to submit a Stipulated Order and Judgment or a Joint Status Report explaining why they were unable to do so.

The parties may discharge this show-cause order by filing a Stipulation and Proposed Judgment granting the 28 U.S.C. § 2241 Petition for the same reasons and on the same terms already provided in the Court's May 22nd Preliminary Injunction Order no later than **September 17, 2026**. If the parties file such a Stipulation and Proposed Judgment, no appearance at the September 21, 2026, status conference will be necessary.

Nothing in the Stipulation and Proposed Judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

IT IS SO ORDERED.

:

**Initials of Preparer** LK